**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**TOMMY STUCKEY,**                                                                              **PETITIONER**

**v.**      **No. 2:09CV207-P-A**

**WARDEN CASKEY, ET AL.**                                                     **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, that the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 22nd day of February, 2010.

                                                                         /s/ W. Allen Pepper, Jr.
                                                                         W. ALLEN PEPPER, JR.
                                                                         UNITED STATES DISTRICT JUDGE